# THE MARKS LAW FIRM, P.C.

July 20, 2022

**Via: ECF**
Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

        RE:    **Henry Tucker v. Brewer Yacht Yard Group Holdings, Inc.**
              Docket: 1:22-cv-04141-LGS

Dear Judge Schofield,

      The Parties respectfully provide this status update and request for a 30-day adjournment of the Initial Conference currently scheduled for August 3, 2022 at 4:20PM [Dkt 5]. The Parties are currently engaged in good faith settlement negotiations and are making strong progress. The Parties would like to use this additional time to exchange necessary information and hopefully resolve this matter prior to incurring further litigation costs. Therefore, The Parties request a thirty (30) day extension of Defendants time to answer/appear in the action and adjournment of the Initial Conference. This is the first request of its kind and on consent of Defendant.

      We thank you and the Court for its time and consideration on this matter.

The parties' application to adjourn the initial pretrial conference is DENIED. The parties' application for an extension of time to answer is DENIED without prejudice to renewal. The parties may seek an extension of time to answer by filing a letter stating what the current deadline is and the length of the extension sought.

Respectfully Submitted,

The Marks Law Firm, P.C.

Dated: July 21, 2022
New York, New York

By: _____
      Bradly G. Marks

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

155 E 55th Street, 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com