# THE MARKS LAW FIRM, P.C.

July 22, 2022

**Via: ECF**
Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

      RE: **Henry Tucker v. Brewer Yacht Yard Group Holdings, Inc.**
            Docket: 1:22-cv-04141-LGS

Dear Judge Schofield,

    The Parties respectfully resubmit this letter request for an adjournment of the Initial Conference currently scheduled for August 3, 2022, at 4:20 PM [Dkt 5]. The Parties jointly request that the Initial Conference be adjourned to August 30, 2022, or a date soon thereafter in the Court's discretion.

    The Parties are currently engaged in good faith settlement negotiations. The Parties would like additional time to discuss settlement prior to incurring further litigation costs. The additional time would allow for parties to exchange information necessary for a resolution. This letter is submitted on consent by both Parties, and this is the second request of its kind, the first request being denied without prejudice [Dkt 7].

    We thank you and the Court for its time and consideration on this matter.

Application DENIED.

Dated: July 25, 2022
New York, New York

                                                               Respectfully Submitted,

                                                              The Marks Law Firm, P.C.

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

By: _____
        Bradly G. Marks

155 E 55th Street, 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com