UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
HENRY TUCKER,
                              Plaintiff,

                  -against-

BREWER YACHT YARD GROUP HOLDINGS, INC.,
                              Defendant.
------------------------------------------------------------X

22 Civ. 4141 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated June 24, 2022, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference (Dkt. No. 5);

WHEREAS, the initial pretrial conference is scheduled for August 3, 2022, at 4:20 P.M.;

WHEREAS, Plaintiff has filed letters indicating that the parties have been engaged in settlement discussions;

WHEREAS, no proof of service has been filed on the docket, and Defendant has not appeared in this case and has not responded to the Complaint;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that, if Defendant has been served, Plaintiff shall file proof of service;

**ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **July 29, 2022**, and shall explain why they have not complied with the Court's deadlines. If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.

Dated: July 28, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE